**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

MICHAEL GARCIA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BECKER PROFESSIONAL DEVELOPMENT CORPORATION,

Defendant.

Case No. 1:25-cv-12157-JEK

**DECLARATION OF ANGELINE BROWN**

I, Angeline Brown, submit this declaration in support of Defendant Becker Professional Development Corporation's ("Becker's") Motion to Dismiss the Complaint.

1. The statements set forth below are based on personal knowledge and belief and my inspection of Becker's records kept in the ordinary course of its business. If called to testify on the statements below, I am willing and able to do so.

2. I am the Vice President of Product Development of Becker and have held this position since November 2023. Prior to that, I served as a Senior Director of Product Development from 2018-2023.

## I. Background on Becker

3. Becker, a provider of web-hosted exam review courses for the Certified Public Accountant ("CPA") Exam, continuing professional education ("CPE"), and other course materials, is a Delaware corporation with its headquarters at 399 South Spring Avenue, Suite 108 in St. Louis, Missouri 63110.

4. Becker owns and operates its website ("Website"), www.becker.com.

## II. Becker's Activities

5. In connection with its online education business, Becker's business activities in Massachusetts are minimal, if not entirely nonexistent. Becker does not own, nor lease, any real estate in Massachusetts. It does not have an office in Massachusetts. None of Becker's Website servers are located in Massachusetts, and it does not otherwise operate its Website out of Massachusetts.

6. Of 171 individuals that provide dedicated services to Becker, only four reside in Massachusetts. None of those four individuals oversee what data is collected by the Website.

7. For tax purposes, in its ordinary course of business, Becker apportions its total revenue on a state by state basis, with only 2.1% of its overall revenue coming from Massachusetts in 2024. Becker determines the amount apportioned to each state based on the shipping addresses and billing addresses users provide.

## III. Operation of the Website

8. Becker's Website is accessible to anyone with an internet connection. When a person first registers for an account on the Website (either a "free trial account" or otherwise), Becker prompts the user to input the user's "Country", but does not otherwise ask the user to provide location information.

9. If a user proceeds to checkout after adding course materials to the cart, Becker will prompt the user for payment information, including a billing address and, if the package includes a printed textbook, a shipping address.

10. In 2023, 666 users purchased course materials from Becker and provided a billing or shipping address in Massachusetts (2.4% of the total number of users who purchased course

materials in 2023). In 2024, that figure was 734, or 2.5%. As of August 2025, that figure was 588, or 2.6%.

## IV. Targeting Massachusetts

11. Although some users must fulfill CPE requirements by state-specified deadlines, and Becker may send emails or direct mailing to enrolled users encouraging the use of its CPE materials for complying with those requirements by those deadlines, Becker does not specifically target Massachusetts residents for its general advertising or marketing.

12. Given the nature of the CPA exam, Becker's CPA courses are not state-specific and are designed for a national audience.

13. Although many states require continuing education and Becker's CPE materials meet multiple states' requirements, Becker does not provide Massachusetts-specific CPE content.

14. Becker also does not offer Massachusetts-specific content in course materials for the Enrolled Agent ("EA") exam, the Certified Internal Auditor ("CIA") exam, and the Certified Management Accountant ("CMA") exam.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of October, 2025, in South Jordan, Utah.

Signed by:
Angeline Brown
BEFCD1856A3241A

**ANGELINE BROWN**

**CERTIFICATE OF SERVICE**

I certify that on October 1, 2025, I caused to be filed electronically a true copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify the parties of record via electronic notification.

/s/ *Tony K. Lu*