**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BECKER PROFESSIONAL DEVELOPMENT CORPORATION,<br><br>Defendant. | Case No. 1:25-cv-12157-JEK<br><br>**ORAL ARGUMENT REQUESTED** |

**DEFENDANT BECKER PROFESSIONAL DEVELOPMENT CORPORATION'S**
**MOTION TO DISMISS THE AMENDED COMPLAINT**

Defendant Becker Professional Development Corporation ("Becker") hereby moves the Court to dismiss the Amended Complaint of Plaintiff Michael Garcia (the "Amended Complaint") for lack of personal jurisdiction pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure. Alternatively, even if the Court determines that Plaintiff Garcia (the "Plaintiff") has established that this Court has personal jurisdiction over Becker, the Amended Complaint should be dismissed for Plaintiff's failure to state a claim against Becker pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. In support of this Motion, Becker hereby incorporates by reference the supporting Memorandum of Law, the supporting Declaration and exhibits, and any other written and oral argument that may be presented to the Court.

For the reasons stated therein, Becker respectfully requests that the Court dismiss Plaintiff's Amended Complaint in its entirety, with prejudice, for lack of personal jurisdiction, or, in the alternative, for failure to state a claim.

**REQUEST FOR ORAL ARGUMENT**

Pursuant to Local Rule 7.1(d), Becker requests the opportunity to address the Court at oral argument on its Motion so that Becker may directly engage with the Court on the issues set forth in the supporting Memorandum, as well as address any questions the Court may have.

Dated: November 19, 2025

Respectfully submitted,

BECKER PROFESSIONAL
DEVELOPMENT CORPORATION

By its attorneys,

/s/ *Tony K. Lu*
Tony K. Lu (BBO# 678791)
DENTONS US LLP
101 Federal Street
Suite 1900
Boston, Massachusetts 02110
Tel: (617) 235-6817
Email: tony.lu@dentons.com

Kristen C. Rodriguez (*admitted pro hac vice*)
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Email: kristen.rodriguez@dentons.com

Lyndsey M. Wajert (*admitted pro hac vice*)
DENTONS US LLP
233 South Wacker Drive
Suite 5900
Chicago, IL 60606
Tel: (312) 876-8000
Email: lyndsey.wajert@dentons.com

**LOCAL RULE 7.1(a)(2) CERTIFICATION**

I hereby certify that counsel attempted to meet and confer to resolve or narrow the issues in this motion. Defendant sent multiple emails and left a voice message, but did not hear back by 5:00pm.

/s/ *Tony K. Lu*

**CERTIFICATE OF SERVICE**

I certify that on November 19, 2025, I caused to be filed electronically a true copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify the parties of record via electronic notification.

/s/ *Tony K. Lu*