**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

MICHAEL GARCIA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BECKER PROFESSIONAL DEVELOPMENT CORPORATION,

Defendant.

Case No. 1:25-cv-12157-JEK

**ORAL ARGUMENT REQUESTED**

**DECLARATION OF ANGELINE BROWN**

I, Angeline Brown, submit this declaration in support of Defendant Becker Professional Development Corporation's ("Becker's") Motion to Dismiss the Complaint.

1. The statements set forth below are based on personal knowledge and belief and my inspection of Becker's records kept in the ordinary course of its business. If called to testify on the statements below, I am willing and able to do so.

2. I am the Vice President of Product Development of Becker and have held this position since November 2023. Prior to that, I served as a Senior Director of Product Development from 2018-2023.

## I. Background on Becker

3. Becker, a provider of web-hosted exam review courses for the Certified Public Accountant ("CPA") Exam, continuing professional education ("CPE"), and other course materials, is a Delaware corporation with its headquarters at 399 South Spring Avenue, Suite 108 in St. Louis, Missouri 63110.

4. Becker owns and operates its website ("Website"), www.becker.com. Becker's Website is accessible to anyone with an internet connection. When a person first registers for an account on the Website (either a "free trial account" or otherwise), Becker prompts the user to input the user's "Country", but does not otherwise ask the user to provide location information. Becker does not prioritize or treat Massachusetts on its Website differently from any other state.

## II. Becker's Activities in Massachusetts

5. Becker does not own, nor lease, any real estate in Massachusetts. It does not have an office in Massachusetts.

6. None of Becker's Website servers are located in Massachusetts, and it does not otherwise operate its Website out of Massachusetts.

7. Of 171 individuals that provide dedicated services to Becker, only four reside in Massachusetts. None of those four individuals oversee what data is collected by the Website.

8. For tax purposes, in its ordinary course of business, Becker apportions its total revenue on a state by state basis, with only 2.1% of its overall revenue coming from Massachusetts in 2024. Becker determines the amount apportioned to each state based on the shipping addresses and billing addresses users provide.

9. In 2023, 666 users purchased course materials from Becker and provided a billing or shipping address in Massachusetts (2.4% of the total number of users who purchased course materials in 2023). In 2024, that figure was 734, or 2.5%. As of August 2025, that figure was 588, or 2.6%.

## III. Becker's Course Offerings

10. Given the nature of the CPA exam, Becker's CPA courses are not state-specific and are designed for a national audience.

11. Although many states require continuing education and Becker's CPE materials meet multiple states' requirements, Becker does not provide Massachusetts-specific CPE content.

12. Becker also does not offer Massachusetts-specific content in course materials for the Enrolled Agent ("EA") exam, the Certified Internal Auditor ("CIA") exam, and the Certified Management Accountant ("CMA") exam.

13. Becker maintains generic, state-by-state informational pages on its Website describing CPA exam and CPE licensure requirements. These pages are part of a uniform, nation-wide presentation of general state requirements and are not targeted to or optimized for any specific state beyond providing publicly available, state-level information.

14. Indeed, the Website page labeled "Massachusetts CPA license renewals" is one of 51 parallel state pages that provide high-level, informational summaries concerning differing state licensure requirements. The Website's main index to these pages expressly explains that "Each state has individual requirements to sit for the exam and get licensed. Choose your state from the list below to find the specific CPA requirements you'll need to meet." (*See* Exhibit A attached (main index for CPA Exam requirements).) Neither the Massachusetts licensure page nor any of the other 50 state pages contains video content.

15. The same is true of Becker's Continued Professional Education or "CPE" requirements pages. Each page provides generalized information for each of the 51 states and jurisdictions. Each page notes that each state's board sets its own CPE rules. (*See, e.g.*, Exhibit B and C attached.) These pages do not include video content. These pages are comparable across states and do not reflect state-specific tailoring or prioritization of Massachusetts.

16. Becker sells course packages that may include physical textbooks or flashcards. From December 1, 2022 until November 4, 2025, Becker has shipped 10,112 textbooks/flashcards to the state of Massachusetts, out of 414,574 total textbooks/flashcards shipped nationwide during that same period, representing approximately 2% of Becker's total shipments. These shipments were incidental to user-initiated purchases and were not part of any Massachusetts-directed distribution program.

## IV. Business to Business and Partnership Arrangements

17. As part of its offerings, Becker maintains partnerships with universities, firms, societies, and other entities across the country, including in Massachusetts. The existence of partnerships in Massachusetts is not unique; Becker has similar partnership arrangements in numerous other states under uniform national programs. The presence of such partnerships does not reflect any preferential focus on or targeting of Massachusetts but rather the breadth of Becker's nationwide relationships.

18. The Massachusetts Society of CPAs is one of 58 organizations listed as partners, alongside national, regional, and highly localized entities across the country.

19. Likewise, Massachusetts-based universities identified by Plaintiff are part of Becker's broad network of university relationships maintained in numerous states. These third-party relationships are not targeted to Massachusetts, are not unique to Massachusetts, and have no connection to the Website's video functionality or any alleged data-sharing practices.

20. To facilitate its business-to-business partnerships, Becker offers direct-billing arrangements or preferred provider arrangements with certain organizations, so that members or employees of those organizations receive discounted pricing or other program-specific billing arrangements. Again, Becker offers these direct-billing or preferred provider arrangements

across the country in numerous states. These arrangements are not targeted to Massachusetts, are not unique to Massachusetts, and have no connection to the Website's video functionality or any alleged data-sharing practices.

21. Also to facilitate its business-to-business partnerships, Becker employs regional representatives. While they can be located on the Website through a state by state drop down selection tool called "Find your local Becker representative," each of these representatives have multiple or regional territories, and are not exclusive to a single state. For example, Michael Ceglie, who Plaintiff identifies in the Amended Complaint, serves as Account Manager for both the Boston, Massachusetts and Providence, Rhode Island areas. Kristin Curcuru, also identified in the Amended Complaint, previously served as a Regional Manager in the East region, and another representative now serves as the Regional Manager for the East Region. These representatives do not handle consumer accounts, do not manage or control Becker's website data, and have no influence over whether video-watching data is shared with third parties.

## V. Advertising

22. Becker does not tailor content or its advertisements specifically to Massachusetts users, nor does it optimize content by state beyond the generic, informational state pages noted above. This remains true regardless of whether a user purchases a course; purchasing a course does not alter the content or advertisements presented to that user. There are no Massachusetts-specific webpages "behind a paywall" for course takers or otherwise.

23. Becker's paid advertisements use national, regional, multi-state, or non-geographic parameters; it maintains no Massachusetts-specific social-media handles; it runs no Massachusetts-exclusive geofenced or geo-targeted campaigns; and it does not send Massachusetts-exclusive print pieces, postcards, flyers, or other direct-mail solicitations. Any

emails, social media posts, or physical mailings that users receive are either triggered by user-initiated interactions with the Website or distributed across multiple states, not tailored to Massachusetts.

## VI. Named Plaintiff

24. Named Plaintiff Michael Garcia's account creation, course enrollment, and video viewing had no connection to Massachusetts-specific advertising, pages, partnerships, or representatives. His purchase of CPA-course materials occurred through the standard retail process on becker.com, which presents uniform national content and marketing materials.

**REMAINDER OF PAGE INTENTIONALLY LEFT BLANK**

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 19th day of November, 2025, in South Jordan, Utah.

Signed by:
Angeline Brown
BFFCD1856A3241A...
Angeline Brown

**CERTIFICATE OF SERVICE**

I certify that on November 19, 2025, I caused to be filed electronically a true copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify the parties of record via electronic notification.

/s/ *Tony K. Lu*