**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL GARCIA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BECKER PROFESSIONAL DEVELOPMENT CORPORATION,<br><br>Defendant. | Case No. 1:25-cv-12157-JEK |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Pursuant to Local Rule 7.1(b)(3), Defendant Becker Professional Development Corporation ("Defendant") respectfully moves for leave to file a reply brief in further support of its Motion to Dismiss Plaintiff's Amended Complaint under Rule 12(b)(2) and 12(b)(6) by January 14, 2025. In support of this Motion, Defendant states that good cause exists to permit the filing of the reply brief of no more than 15 pages based on the following:

1. In his Opposition to Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Dkt. No. 24), Plaintiff Michael Garcia overstates Defendant's alleged connections to this forum, all while relying on inapposite caselaw under the Video Privacy Protection Act ("VPPA") and misstating the legal significance of the technical facts alleged. In addition, there is new VPPA case law since Defendant submitted its motion that Defendant would like to bring that to the Court's attention.

2. The proposed reply brief would therefore assist the Court by clarifying the limited nature of Defendant's connections to Massachusetts, while directing the Court to applicable, relevant caselaw under the VPPA.

3. Plaintiffs do not oppose this motion for leave, nor does Plaintiff oppose Defendant's proposed deadline of January 14, 2025 to file a reply in support of the Motion to Dismiss. Defendant requests a deadline of January 14, 2025 in light of the intervening holidays and limited availability of its counsel and key personnel.

WHEREFORE, for the reasons set forth above, Defendant respectfully requests leave to file its reply brief of no more than 15 pages by 6 p.m. ET on Wednesday, January 14, 2025.

Dated: December 23, 2025

Respectfully submitted,

BECKER PROFESSIONAL
DEVELOPMENT CORPORATION

By its attorneys,

/s/ *Tony K. Lu*
Tony K. Lu (BBO# 678791)
DENTONS US LLP
101 Federal Street
Suite 1900
Boston, Massachusetts 02110
Tel: (617) 235-6817
tony.lu@dentons.com

Kristen C. Rodriguez (*admitted pro hac vice*)
DENTONS US LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
kristen.rodriguez@dentons.com

Lyndsey M. Wajert (*admitted pro hac vice*)
DENTONS US LLP
233 South Wacker Drive

Suite 5900
Chicago, IL 60606
Tel: (312) 876-8000
lyndsey.wajert@dentons.com

**LOCAL RULE 7.2(a)(2) CERTIFICATION**

I hereby certify that the parties attempted to confer in good faith to resolve or otherwise narrow the issue in this motion. Plaintiff's counsel does not oppose this motion.

/s/ Tony K. Lu

**CERTIFICATE OF SERVICE**

I certify that on December 23, 2025, I caused to be filed electronically a true copy of the foregoing document with the Clerk of the Court using the CM/ECF system, which will notify the parties of record via electronic notification.

Respectfully submitted,

/s/ Tony K. Lu